Robert D. Vogel (SBN 63091)
robert.vogel@jacksonlewis.com
Danielle C. Cepeda (SBN 327502)
danielle.cepeda@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
COLONIAL LIFE & ACCIDENT INSURANCE CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE, individually, and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE CO., and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-6289<br><br>**DECLARATION OF J. PAUL JULLIENNE IN SUPPORT OF DEFENDANT COLONIAL LIFE & ACCIDENT INSURANCE CO.'S NOTICE OF REMOVAL**<br><br>(Filed concurrently with Civil Case Cover Sheet; Notice of Removal; Declaration of Robert D. Vogel and Justin Brown (and Exhibits thereto); Corporate Disclosure Statement; Notice of Interested Parties; and Notice to Adverse Parties) |

## DECLARATION OF J. PAUL JULLIENNE

I, J. PAUL JULLIENNE, declare as follows:

1. I am over the age of 18 and competent to testify. I submit this declaration in support of Defendant COLONIAL LIFE & ACCIDENT INSURANCE CO.'s ("Defendant") Notice of Removal of Civil Action to the United States District Court for the Central District of California – Western Division, pursuant to 28 U.S.C. sections 1332,

1441(a) and (b). The following is based on my personal knowledge and if called as a witness, I can and will testify competently thereto.

2. I am currently employed by Unum Group, a holding company of Defendant, as the Vice President, Managing Counsel and Corporate Secretary and I have held these positions since approximately 2015.

3. As a result of my position, duties, and responsibilities, I know and understand the corporate structure of Defendant and the location and functioning of its corporate headquarters.

4. Defendant is, and at all relevant times was, a general business corporation organized under the laws of the State of South Carolina, with its principal place of business located in Columbia, South Carolina. Defendant is a subsidiary of Unum Group, a holding company for insurance and other subsidiary companies.

5. Unum Group has a services agreement with Defendant whereby Unum Group employees perform services for the Defendant. Defendant does not have employees.

6. Plaintiff SOCORRO OLIVIA ALVITRE ("Plaintiff") has performed services as an independent contractor for Defendant from January 2017 to and through the present.

7. Defendant is and was at the time of the filing of this action a corporation incorporated under the laws of the State of South Carolina.

8. Defendant's corporate headquarters and principal place of business is and was at the time of the filing of this action located at 1200 Colonial Life Blvd. W, Columbia, South Carolina 29210.

9. The majority of Defendant's executive and administrative functions are performed at its headquarters in Columbia, South Carolina. No executive offices or executive officers of Defendant are located in California; nor are any senior management decisions of Defendant are made in California.

10. Unum Group is a general business corporation organized under the laws of Delaware, with its principal place of business also located in Chattanooga, Tennessee.

11. Unum Group's Corporate headquarters, including its main administrative office, executive offices, and home office are located at 1 Fountain Square, Chattanooga, Tennessee, 37402.

12. The majority of Unum Group's executive and administrative functions are performed at its headquarters in Chattanooga, Tennessee. No executive offices or executive officers of Unum Group are located in California; likewise, no senior management decisions of Unum Group are made in California.

I declare under penalty of perjury under the laws of the United States of America and the State of South Carolina that the foregoing is true and correct.

Executed this 31st day of August, 2022, at Chattanooga, Tennessee.

_____
J. Paul Jullienne