Robert D. Vogel (SBN 63091)
robert.vogel@jacksonlewis.com
Danielle C. Cepeda (SBN 327502)
danielle.cepeda@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
COLONIAL LIFE & ACCIDENT INSURANCE CO.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE, individually, and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE CO., and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-6289<br><br>**DECLARATION OF ROBERT D. VOGEL AND EXHIBITS IN SUPPORT OF DEFENDANT COLONIAL LIFE & ACCIDENT INSURANCE CO.'S NOTICE OF REMOVAL**<br><br>(Filed concurrently with Civil Case Cover Sheet; Notice of Removal; Declarations of Justin Brown (and Exhibits thereto) and J. Paul Julienne; Corporate Disclosure Statement; Notice of Interested Parties; and Notice to Adverse Parties) |

**DECLARATION OF ROBERT D. VOGEL**

I, Robert D. Vogel, declare as follows:

1. I am an attorney duly admitted to practice law before all the courts in the State of California and the United States District Court for the Central District of California where I am in good standing. I am a Principal in the law firm Jackson Lewis P.C., counsel of record

1

DECLARATION OF ROBERT D. VOGEL AND EXHIBITS IN SUPPORT OF DEFENDANT COLONIAL LIFE & ACCIDENT INSURANCE CO.'S NOTICE OF REMOVAL
CASE NO.:

case. I have personal knowledge of the facts stated in this declaration and if called upon to do so, I could and would competently testify to them. I submit this declaration in support of Defendant's Notice of Removal.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by Plaintiff SOCORRO OLIVIA ALVITRE ("Plaintiff"), individually and on behalf of all other similarly situated independent contractors, on July 29, 2022 against Defendant in the Superior Court of the State of California in and for the County of Los Angeles entitled *Socorro Olivia Alvitre, individually, and on behalf of other similarly situated vs. Colonial Life & Accident Insurance Co.*, Case No. 22STCV24601 (the "Action").

3.  Attached hereto as **Exhibit B** is a true and correct copy of Defendant's Answer to Plaintiff's Complaint filed on September 1, 2022.

4.  Exhibits A through B constitute all of the pleadings filed in the Action to date.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 1st day of September 2022, at Salt Lake City, Utah.

/s/
Robert D. Vogel