| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Robert D. Vogel (SBN 63091)/ Danielle C. Cepeda (SBN 327502)<br>*robert.vogel@jacksonlewis.com;danielle.cepeda@jacksonlewis.com*<br>**JACKSON LEWIS P.C.**<br>725 South Figueroa Street, Suite 2500, Los Angeles, CA 90017<br>Tel: (213) 689-0404/Fax: (213) 689-0430<br>ATTORNEY(S) FOR: Deft Colonial Life & Accident Insurance Co. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE, individually, and on behalf of others similarly situated<br><br>Plaintiff(s),<br>v.<br>COLONIAL LIFE & ACCIDENT INSURANCE CO., and DOES 1 to 100, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-6289<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   DEFENDANT COLONIAL LIFE & ACCIDENT INSURANCE CO
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Socorro Olivia Alvitre | Plaintiff |
| Colonial Life & Accident Insurance Co. | Defendant |
| Unum Group | Parent Company of Colonial Life & Accident Insurance Co. |

| | |
|---|---|
| September 2, 2022<br>Date | /s/ Robert D. Vogel<br>Signature<br>Robert D. Vogel<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendant COLONIAL LIFE & ACCIDENT INSURANCE CO. |

4866-8692-6641, v. 1

