1  Robert D. Vogel (SBN 63091)
   *robert.vogel@jacksonlewis.com*
2  Danielle C. Cepeda (SBN 327502)
   *danielle.cepeda@jacksonlewis.com*
3  **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5408
   Telephone:  (213) 689-0404
5  Facsimile:   (213) 689-0430

6
   Attorneys for Defendant
7  COLONIAL LIFE & ACCIDENT INSURANCE CO.

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE, individually, and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE CO., and DOES 1 to 20, inclusive,<br><br>Defendants. | **CASE NO.:** 2:22-cv-6289<br><br>**DEFENDANT COLONIAL LIFE & ACCIDENT INSURANCE CO.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed concurrently with Notice of Removal; Declarations of J. Paul Jullienne, Justin Brown, and Robert D. Vogel (and Exhibits Thereto); Civil Case Cover Sheet; and Notice of Interested Parties] |

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

---

Case No.: | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF RENE CASTRO AND TO HIS ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant COLONIAL LIFE & ACCIDENT INSURANCE CO. ("Defendant"), hereby certifies as follows:

Defendant Colonial Life & Accident Insurance Co. is, and at all relevant times was, a general business corporation organized under the laws of the State of South Carolina. Defendant Colonial Life & Accident Insurance Co. is a subsidiary of Unum Group, a holding company for insurance and other subsidiary companies.

Unum Group is a Delaware general business corporation that provides financial protection benefits including disability, life, accident, critical illness, dental and vision, and other related services and products.

Unum Group is publicly trader on the New York Stock Exchange under the symbol UNM and does not have any parent corporation.

According to currently available information, no publicly held corporation owns 10% or more of stock in Unum Group.

Respectfully submitted,

Dated: September 2, 2022          JACKSON LEWIS P.C.

By /s/ Robert D. Vogel
Robert D. Vogel
Danielle C. Cepeda

Attorneys for Defendant
COLONIAL LIFE & ACCIDENT INSURANCE CO.

4882-2119-0193, v. 1