1
2
3
4
5

Robert D. Vogel (SBN 63091)
*robert.vogel@jacksonlewis.com*
Danielle C. Cepeda (SBN 327502)
*danielle.cepeda@jacksonlewis.com*
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:  (213) 689-0404
Facsimile:    (213) 689-0430

6
7

Attorneys for Defendant
COLONIAL LIFE & ACCIDENT INSURANCE CO.

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE, individually, and on behalf of other similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE CO., and DOES 1 to 20, inclusive,<br><br>     Defendants. | **CASE NO.:2:22-cv-06289-DMG-SKx**<br><br>**CERTIFICATE OF SERVICE RE DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441(b)** |

20    I, Irene Miranda, certify and declare as follows:

21    I am employed in the County of Los Angeles, State of California.  I am over the

22    age of eighteen years and not a party to this action; my business address is 725 South

23    Figueroa Street, Suite 2500, Los Angeles, CA  90017. On **September 8, 2022**, I caused

24    the following documents to be served:

25    1.  Notice of Removal of Action to the United States District Court for the District

26    of California Pursuant To 28 U.S.C. §§ 1332, 1441; 1446; and Class Action Fairness Act;

27    2.  Civil Cover Sheet;

28    3.  Certification and Notice of Interested Parties;

4.  Defendant Colonial Life & Accident Insurance Co.'s Corporate Disclosure Statement;

5.  Declaration of Robert D. Vogel and supporting Exhibits A and B in Support of Defendant Colonial Life &  Accident Insurance Co.'s Notice of Removal;

6.  Declaration of J. Paul Jullienne in Support of Defendant Colonial Life & Accident Insurance Colonial Life & Accident Company's Notice Of Removal; and

7.  Declaration of Justin Brown and supporting Exhibits 1 and 2 In Support of Defendant Colonial Life & Accident Insurance Co.'s Notice Of Removal;

8.  Notice of Assignment;

9.  Notice to Parties of Court Directed ADR Program;

10. Defendant Colonial Life & Accident Insurance Co.'s *Amended* Notice of Removal of Action to The United States District Of California

11. Notice to Counsel Re Consent to Proceed Before A United States Magistrate Judge;

12. Initial Standing Order; and

13. Scheduling Meeting of Counsel

in this action addressed as follows:

Joseph Tojarieh, Esq.
STONEBROOK LAW
10250 Constellation Boulevard, Suite 100
Los Angeles, California 90067
Tel: (310) 553-5533
Fax: (310) 553-5536
Email: *jft@stonebrooklaw.com*

*Attorneys for Plaintiff*
*Socorro Olivia Alvitre, individually, and*
*on behalf of other similarly situated,*

Jasmine Duel, Esq.
DUEL LAW FIRM
270 North Canon Drive, Third Floor
Beverly Hills, California 90210
Tel: (310) 975-7095
Fax: (310) 846-8549
Email: *jasmine@duellawfirm.com*

*Attorneys for Plaintiff*
*Socorro Olivia Alvitre, individually, and*
*on behalf of other similarly situated*

I am familiar with the office's practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the document served was placed for deposit in the United States mail in accordance with the office practice, with postage thereon fully

CERTIFICATE OF SERVICE OF NOTICE OF
REMOVAL TO FEDERAL COURT

prepaid, at Los Angeles, California.

Additionally, on **September 7, 2022**, Defendant Colonial Life & Accident Insurance Co. filed an *Amended* Notice of Removal with the United States District Court for the Central District of California.  A copy of the Amended Notice of Removal was served on all parties via e-mail through the court's Electronic Case File system.

Also, on **September 7, 2022**, I also caused to be filed a copy of Notice to Superior Court and to Adverse Party of Defendant Colonial Life & Accident Insurance Co.'s Filing of Notice of Removal and Amended Notice of Removal to the United States District Court for the Central District of California Pursuant to 28 U.S.C. §§ 1332; 1441; and 1446 and supporting Exhibit A with the Clerk of the Court addressed as follows: Los Angeles Superior Court – Spring Street Courthouse, 312 North Spring Street, Los Angeles, CA 90012.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 8, 2022** at Los Angeles, California.

*Irene Miranda*
IRENE MIRANDA

4891-1018-6289, v. 1

CERTIFICATE OF SERVICE OF NOTICE OF
REMOVAL TO FEDERAL COURT