Robert D. Vogel (SBN 63091)
robert.vogel@jacksonlewis.com
Danielle C. Cepeda (SBN 327502)
danielle.cepeda@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
COLONIAL LIFE & ACCIDENT INSURANCE CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE, individually, and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE CO, and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 2:22-CV-06289-DMG-SK<br><br>**SUPPLEMENTAL DECLARATION OF JUSTIN BROWN AND EXHIBIT IN SUPPORT OF NOTICE OF REMOVAL** |

## SUPPLEMENTAL DECLARATION OF JUSTIN BROWN

I, Justin Brown, declare as follows:

1. The following is based upon my personal knowledge except where otherwise indicated and if called as a witness, I can and would testify competently thereto.

2. On September 1, 2022, I signed a declaration in support of defendant COLONIAL LIFE & ACCIDENT INSURANCE COMPANY'S ("Defendant") Notice of Removal filed in this case in the Central District of California.

---

3. Exhibit 2 attached to my original declaration which I referenced in paragraph 13 was a chart that mistakenly estimated the total damages Plaintiff seeks in her complaint in this case from July 29, 2018 to and through August, 18, 2022, damages which I referenced and summarized in paragraphs 9-13 of my original declaration as well.

4. Exhibit 2 was an earlier preliminary damages chart. Attached hereto as Exhibit "3" is a true and correct damages chart which I referenced in and is consistent with the contents of paragraphs 7-13 of my original declaration.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2022, at Columbia, South Carolina.

/s/ Justin Brown

# EXHIBIT 3

| Analysis | Assumption | Results |
|---|---|---|
| Percentage of Workweeks or Pay Periods to be Analyzed | 50.00% | |
| Assumed Hourly Rate | $20.00 | |
| Meal Period Premiums | 1 | $1,257,166.80 |
| Rest Break Premiums | 1 | $1,257,166.80 |
| Assumed Weekly Hours Off-the-Clock - Straight Hours | 0.5 | $628,583.40 |
| Assumed Weekly Hours Off-the-Clock - Overtime Hours | 0.5 | $942,875.10 |
| Assumed Reimbursement | $2.50 | $157,145.85 |
| § 226 | | $1,034,177.00 |
| § 203 | | $2,529,600.00 |
| **TOTAL EXPOSURE** | | **$7,806,714.95** |

EXHIBIT 3