Veronica T. Hunter (SBN 259859)
Veronica.Hunter@jacksonlewis.com
Michael R. Minguet (204027)
Michael.Minguet@jacksonlewis.com
Judy Kang (SBN 327137)
Judy.Kang@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
COLONIAL LIFE & ACCIDENT INSURANCE CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO OLIVIA ALVITRE,<br><br>Plaintiff(s),<br><br>vs.<br><br>COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>Defendant(s). | Case No. 2:22-cv-06289-DMG-SK<br><br>Assigned for All Purposes to the Honorable Judge Dolly M. Gee<br><br>**STIPULATION TO AMEND DATES AND DEADLINES**<br><br>Complaint Filed: July 29, 2022<br>Action Removed: September 2, 2022 |

Plaintiff SOCORRO OLIVIA ALVITRE ("Plaintiff") and Defendant COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY ("Defendant"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 7, 2022, the Parties filed a Joint Rule 26(F) Report, proposing a discovery and law and motion schedule;

WHEREAS, on November 1, 2022, the Court entered an Order deferring issuance of the Scheduling and Case Management Order pending the outcome of the Motion to Compel Arbitration;

WHEREAS, on November 3, 2022, the Parties agreed in principle that Plaintiff would dismiss her related PAGA claim in Los Angeles Superior Court, Case No. 22STCV12821;

WHEREAS, on November 3, 2022, the Parties agreed in principle that Plaintiff would amend the operative Complaint in this instant case to add her PAGA claim, pending Defendant's review and concurrence to the contents/form of the stipulation to be prepared by Plaintiff;

WHEREAS, on November 4, 2022, Plaintiff agreed to draft a Stipulation and Amended Complaint; and

WHEREAS, the Parties seek to promote efficiency with its motion to compel efforts as well as to avoid undue consumption of judicial resources.

THEREFORE, it is stipulated and agreed to by the Parties, by and through their respective counsel of record, that:

1. The motion to compel arbitration dates and deadlines previously proposed by the Parties be revised as follows:

   December 30, 2022: Defendant's Opening Brief

   January 27, 2023: Plaintiff's Opposition Brief

   February 10, 2023: Defendant's Reply Brief

   March 3, 2023: Hearing on Motion

2. A copy of this Stipulation and any resulting Order will be served by E-Mail on all counsel listed below.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

    I, Judy Kang, attest that all other signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 10, 2022    JACKSON LEWIS P.C.

By: */s/ Judy Kang*_____
Veronica T. Hunter
Michael M. Minguet
Judy Kang

Attorneys for Defendant
COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY

DATED: November 10, 2022    HAINES LAW GROUP, APC

By */s/ Fletcher W. Schmidt*_____

Fletcher W. Schmidt
Matthew K. Moen

Attorneys for Plaintiff
SOCORRO OLIVIA ALVITRE

4875-3495-5838, v. 1